# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 461 WAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| HUBERT W. WINGATE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.